IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**MIGUEL ANGEL PINA BARRIENTOS** :
**AIS 245143,**
:
    Petitioner,
:
vs.                                 CIVIL ACTION 08-0085-WS-C
:
**ARNOLD HOLT,**
:
    Respondent.

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 23, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 25th day of June, 2008.

                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE