IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MIGUEL ANGEL PINA BARRIENTOS  :
AIS 245143,
:
    Petitioner,
:
vs.                                                CIVIL ACTION 08-0085-WS-C
:
ARNOLD HOLT,
:
    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be **DISMISSED** without prejudice to allow petitioner the opportunity to exhaust his state remedies.

    **DONE** and **ORDERED** this 25th day of June, 2008.

                            s/WILLIAM H. STEELE
                            UNITED STATES DISTRICT JUDGE